Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MIDAS GOLD GROUP, LLC,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No.: 2:24-bk-04587-DPC<br><br>**NOTICE OF POST-PETITION PAYMENTS ON PRE-PETITION CLAIMS AND INVENTORY ON HAND** |

NOTICE IS HEREBY GIVEN that on August 6, 2024, Midas Gold Group, LLC ("**Debtor**"), by and through its counsel undersigned, provided the Office of the United States Trustee ("**UST**") and Christopher C. Simpson, the Subchapter V Trustee ("**Trustee**") with a list of pre-petition claims that were paid post-petition as set forth on Exhibit A attached hereto. Notice is further given that on August 8, 2024, Debtor provided the UST and the Trustee with an inventory of precious metals on hand as of August 8, 2024 as set forth on Exhibit "B" attached hereto.

DATED this 19th day of August 2024.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for Debtor*

Served via ECF on CM/ECF users this 19th day of August 2024, which constitutes service Pursuant to L.R. Bankr. P. 9076-1.

  /s/ Tracy Dunham
Tracy Dunham

| PRECIOUS METALS INVENTORY 8.8.24 | | | | Dr. Edward Wagner Inveontory | | Net Midas Inventory | |
|---|---|---|---|---|---|---|---|
| Metal | Ounces | Spot Price | Melt Value | Metal | Ounces | Ounces | Melt Value |
| **Thousand Oaks Location** | | | | | | | |
| Gold | 137.36 | $ 2,426 | $ 333,183 | Gold | 133.25 | 4.11 | $ 9,969 |
| Silver | 4493.32 | $ 27 | $ 123,476 | Silver | 3778.71 | 714.61 | $ 19,637 |
| Platinum | 0 | | $ - | Platinum | 0 | 0 | $ - |
| | | | $ 456,660 | | | | $ 29,607 |
| **Phoenix Location** | | | | | | | |
| Gold | 0.4947 | $ 2,426 | $ 1,200 | Gold | 0 | 0.4947 | $ 1,200 |
| Silver | 801.63 | $ 27 | $ 22,029 | Silver | 0 | 801.63 | $ 22,029 |
| Platinum | 0 | $ 966 | $ - | Platinum | 0 | 0 | $ - |
| | | | $ 23,229 | | | | $ 23,229 |
| **Delaware Depository** | | | | | | | |
| Gold | 0.699 | $ 2,426 | $ 1,696 | Gold | 0 | 0.699 | $ 1,696 |
| Silver | 184 | $ 29 | $ 5,336 | Silver | 0 | 184 | $ 5,336 |
| Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - |
| | | | $ 7,032 | | | | $ 7,032 |
| **Total** | | | | | | | |
| Gold | 138.5537 | $ 2,310 | $ 320,059 | Gold | 133.25 | 5.3037 | $ 12,865 |
| Silver | 5478.95 | $ 30 | $ 162,834 | Silver | 3778.71 | 1700.24 | $ 47,002 |
| Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - |
| | | | $ 482,893 | | | | $ 59,867 |

| Client Name | Address | Funds/Assets Recieved | Date Paid/Shipped | Amount |
|---|---|---|---|---|
| David Cole | Mountain Rd | Funds received 6/6/24 | Shipped 6/12/24 | $2,500 |
| Kathleen Richie | Ave Apache | Funds received 6/6/24 | Shipped 6/13/24 | $10,232 |
| Nancy Cutter | Olive Way | Fund Received 6/5/24 | Shipped 6/12/24 | $930 |
| Leann Kozeliski | Dr Glendale, | Assets Received 6/5/24 | Payment sent 6/10/24 | $78,714 |
| Jeff Kung | Ridge Dr Apt# | Funds Received 6/4/24 | Shipped 6/12/24 | $1,588 |
| Mark Haran | Road | Fund Received 6/3/24 | Shipped 6/10/24 | $1,910 |
| Amanda Remillard | Kyle, TX 78640 | Funds received 6/3/24 | Shipped 6/10/24 | $282 |
| Sherman Graham IRA | Statler St | Fund Received 6/3/24 | Shipped 6/8/24 | $16,033.30 |
| Melvin GIll | Road Chine, | Funds Received 5/31/24 | Shipped 6/10/24 | $913 |
| Paula Snyder | Valley Road | Funds Received 5/28/24 | SHipped 6/10/24 | $450 |
| June Szolomayer | Lakeside | Fundes Received 5/28/2 | Shipped 6/10/24 | $840 |
| Vicki Neely | Fairview Ave | Funds received 5/28/24 | Shipped 6/10/24 | $3,000 |
| Christopher Dziedzic IRA PO | | Assets Received 6/4/24 | Paid 6/20/24 | $68,464.60 |
| Gail Watts | Rd | Funds received 5/22/24 | Shipped 6/25/24 | $20,000.00 |
| Stanley Tecumseh IRA | Peregrine | Funds received 5/22/24 | Shipped 7/9/24 | $112,868.84 |
| Thomas Mulnix IRA | Trail | Funds received 5/14/24 | Paid 6/14/24 | $80,095.00 |
| Thomas Mulnix IRA | Trail | Funds received 5/21/24 | Paid 6/27/24 | $38,355.25 |
| Laurie McBride | Barsotti St. | Funds Received 5/28/24 | Paid 6/18/24 | $40,042.20 |
| Thomas Whittemore IRA | Scarlet Oak | Funds Received 5/20/24 | Paid 6/14/24 | $70,727.28 |
| Mary Joe Boller | Hooty Lane | Funds Received 5/17/24 | Paid 6/10/24 | $30,000.00 |
| Carol Jean Roberds IRA | Trail Drive | Funds Received 5/17/24 | Paid 6/17/24 | $258,627.00 |
| Jerry Lynn Pugh IRA | Lakeview | Funds Received 5/13/24 | Paid 6/10/24 | $32,610 |
| Chris Buehrle IRA | View Ln | Funds Received 5/10/24 | Paid 6/14/24 | $102,334.00 |
| Robert Gaardsmoe IRA | Hill Dr. | Funds Received 5/10/24 | Paid 6/14/24 | $54,730.60 |
| Thomas Butman | Boulevard | Funds Received 5/8/24 | Paid 6/14/24 | $6,000.00 |
| Lorena Butman | Boulevard | /Funds Received 5/8/24 | Paid 6/14/24 | $20,000.00 |
| Jerry L. Lozano PO IRA | Patterson St | Assets Received 5/21/24 | Paid 7/1/24 | $117,838.50 |
| Jack Bowman IRA PO | Court | Assets Received 6/5/24 | Paid 7/10/24 | $26,078.60 |