Christopher C. Simpson, 018626
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail:    csimpson@omlaw.com

Subchapter V Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MIDAS GOLD GROUP, LLC<br><br>                        Debtor. | In Proceedings under Chapter 11<br><br>Case No. 2:24-bk-04587-DPC<br><br>**SUBCHAPTER V TRUSTEE'S REPORT AS TO CHANGE IN VALUE OF INVENTORY AND CASH ON HAND** |

       The Subchapter V Trustee hereby provides an update as to the value of the precious metals in the Debtor's safes. The value of the precious metals is reported as "melt value", meaning the value of the metals by ounce without regard to form, mint, or country of origin. Any inventory held for third parties is subtracted from the totals listed in this report.

       Attached hereto as <u>Exhibit A</u> is a spreadsheet of precious metals on hand as of the Petition Date, June 7, 2024. As of the Petition Date, the value of precious metals on hand was $634,210.

       Attached hereto as <u>Exhibit B</u> is a spreadsheet of precious metals on hand as of June 28, 2024. By June 28, 2024, the value of the cash and precious metals on hand had dropped by over 50% to $307,714.

       Attached hereto as <u>Exhibit C</u> is a spreadsheet of precious metals on hand as of July 31, 2024. By July 31, 2024, the value of the precious metals on hand had dropped to $101,403.

10500840

Case 2:24-bk-04587-DPC    Doc 90    Filed 08/19/24    Entered 08/19/24 09:54:30    Desc
Main Document    Page 1 of 2

Attached hereto as Exhibit D is a spreadsheet of cash and precious metals on hand as of August 8, 2024. By August 8, 2024, the value of the precious metals on hand had dropped to $59,867.

There has been no increase in cash to offset the loss of precious metals. Pursuant to its filing at Docket Entry #89, the Debtor reports that the decrease in inventory results from orders fulfilled to certain pre-petition creditors not listed on the schedules.

DATED this 19th day of August, 2024.

OSBORN MALEDON, P.A.

By  /s/ Christopher C. Simpson
    Christopher C. Simpson
    2929 North Central Avenue
    21st Floor
    Phoenix, Arizona 85012-2793
    Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Peggy Nieto