# EXHIBIT A

| PRECIOUS METALS INVENTORY 6.7.24 | | | | Held for 3rd Party | | Net Midas Inventory | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Metal | Ounces | Spot Price | Melt Value | Metal | Ounces | Ounces | Melt Value |
| **Phoenix Location** | | | | | | | |
| Gold | 77.32 | $ 2,310 | $ 178,609 | Gold | 30.06 | 47.26 | $ 109,171 |
| Silver | 4949.53 | $ 30 | $ 147,100 | Silver | 0 | 4949.53 | $ 147,100 |
| Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - |
| | | | $ 325,709 | | | | $ 256,271 |
| **Thousand Oaks Location** | | | | | | | |
| Gold | 179.7 | $ 2,310 | $ 415,107 | Gold | 103.19 | 76.51 | $ 176,738 |
| Silver | 6295.23 | $ 30 | $ 187,094 | Silver | 3778.71 | 2516.52 | $ 74,791 |
| Platinum | 5.51 | $ 981 | $ 5,405 | Platinum | 0 | 5.51 | $ 5,405 |
| | | | $ 607,607 | | | | $ 256,934 |
| **Delaware Depository** | | | | | | | |
| Gold | 27.9 | $ 2,310 | $ 64,449 | Gold | 0 | 27.9 | $ 64,449 |
| Silver | 1737.91 | $ 30 | $ 51,651 | Silver | 0 | 1737.91 | $ 51,651 |
| Platinum | 5 | $ 981 | $ 4,905 | Platinum | 0 | 5 | $ 4,905 |
| | | | $ 121,005 | | | | $ 121,005 |
| **Total** | | | | | | | |
| Gold | 284.92 | $ 2,310 | $ 658,165 | Gold | 133.25 | 151.67 | $ 350,358 |
| Silver | 12982.67 | $ 30 | $ 385,845 | Silver | 3778.71 | 9203.96 | $ 273,542 |
| Platinum | 10.51 | $ 981 | $ 10,310 | Platinum | 0 | 10.51 | $ 10,310 |
| | | | $ 1,054,320 | | | | $ 634,210 |