# EXHIBIT B

| | Cash | PRECIOUS METALS INVENTORY 6.28.24 | | | | Held for 3rd Party | | Net Midas Inventory | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Metal | Ounces | Spot Price | Melt Value | Metal | Ounces | Ounces | Melt Value |
| **Phoenix Location** | $49,751.34 | | | | | | | | |
| | | Gold | 53.25 | $ 2,310 | $ 123,008 | Gold | 30.06 | 23.19 | $ 53,569 |
| | | Silver | 1232.4774 | $ 30 | $ 36,629 | Silver | 0 | 1232.4774 | $ 36,629 |
| | | Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - |
| | | | | | $ 159,637 | | | | $ 90,198 |
| **Thousand Oaks Loc** | $29,474.16 | | | | | | | | |
| | | Gold | 154.243 | $ 2,310 | $ 356,301 | Gold | 103.19 | 51.053 | $ 117,932 |
| | | Silver | 6,812.88 | $ 30 | $ 202,479 | Silver | 3778.71 | 3,034.17 | $ 90,176 |
| | | Platinum | 2.4 | $ 981 | $ 2,354 | Platinum | 0 | 2.4 | $ 2,354 |
| | | | | | $ 561,135 | | | | $ 210,462 |
| **Delaware Depository** | | | | | | | | | |
| | | Gold | 0.699 | $ 2,310 | $ 1,615 | Gold | 0 | 0.699 | $ 1,615 |
| | | Silver | 183 | $ 30 | $ 5,439 | Silver | 0 | 183 | $ 5,439 |
| | | Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - |
| | | | | | $ 7,053 | | | | $ 7,053 |
| **Total** | $79,225.50 | | | | | | | | |
| | | Gold | 208.192 | $ 2,310 | $ 480,924 | Gold | 133.25 | 74.942 | $ 173,116 |
| | | Silver | 8,228.36 | $ 30 | $ 244,547 | Silver | 3778.71 | 4,449.65 | $ 132,244 |
| | | Platinum | 2.4 | $ 981 | $ 2,354 | Platinum | 0 | 2.4 | $ 2,354 |
| | | | | | $ 727,825 | | | | $ 307,714 |