# EXHIBIT C

|  | PRECIOUS METALS INVENTORY 7.31.24 | | | | Held for 3rd Party | | Net Midas Inventory | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Metal | Ounces | Spot Price | Melt Value | Metal | Ounces | Ounces | Melt Value | |
| **Thousand Oaks Location** | | | | | | | | | $2,488.60 |
|  | Gold | 123.98 | $ 2,446 | $ 303,210 | Gold | 103.19 | 20.79 | $ 50,845 | |
|  | Silver | 4515.45 | $ 29 | $ 128,826 | Silver | 3778.71 | 736.74 | $ 21,019 | |
|  | Platinum | 1.2 | $ 966 | $ 1,159 | Platinum | 0 | 1.2 | $ 1,159 | |
|  |  |  |  | $ 433,196 |  |  |  | $ 73,023 | |
| **Phoenix Location** | | | | | | | | | |
|  | Gold | 30.6547 | $ 2,446 | $ 74,981 | Gold | 30.06 | 0.5947 | $ 1,455 | $11,881.31 |
|  | Silver | 686.5 | $ 29 | $ 19,909 | Silver | 0 | 686.5 | $ 19,909 | |
|  | Platinum | 0 | $ 966 | $ - | Platinum | 0 | 0 | $ - | |
|  |  |  |  | $ 94,890 |  |  |  | $ 21,363 | |
| **Delaware Depository** | | | | | | | | | |
|  | Gold | 0.699 | $ 2,446 | $ 1,710 | Gold | 0 | 0.699 | $ 1,710 | |
|  | Silver | 183 | $ 29 | $ 5,307 | Silver | 0 | 183 | $ 5,307 | |
|  | Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - | |
|  |  |  |  | $ 7,017 |  |  |  | $ 7,017 | |
| **Total** | | | | | | | | | |
|  | Gold | 155.3337 | $ 2,310 | $ 358,821 | Gold | 133.25 | 22.0837 | $ 54,009 | |
|  | Silver | 5384.95 | $ 30 | $ 160,041 | Silver | 3778.71 | 1606.24 | $ 46,235 | |
|  | Platinum | 1.2 | $ 981 | $ 1,177 | Platinum | 0 | 1.2 | $ 1,159 | |
|  |  |  |  | $ 520,039 |  |  |  | $ 101,403 | |