# EXHIBIT B

| PRECIOUS METALS INVENTORY 8.8.24 | | | | Held for Third Party | | Net Midas Inventory | | |
|---|---|---|---|---|---|---|---|---|
| Metal | Ounces | Spot Price | Melt Value | Metal | Ounces | Ounces | Melt Value | |
| **Thousand Oaks Location** | | | | | | | | TO Cash: |
| Gold | 137.36 | $ 2,426 | $ 333,183 | Gold | 133.25 | 4.11 | $ 9,969 | |
| Silver | 4493.32 | $ 27 | $ 123,476 | Silver | 3778.71 | 714.61 | $ 19,637 | |
| Platinum | 0 | | $ - | Platinum | 0 | 0 | $ - | |
| | | | $ 456,660 | | | | $ 29,607 | |
| **Phoenix Location** | | | | | | | | |
| Gold | 0.4947 | $ 2,426 | $ 1,200 | Gold | 0 | 0.4947 | $ 1,200 | PHX Cash: |
| Silver | 801.63 | $ 27 | $ 22,029 | Silver | 0 | 801.63 | $ 22,029 | |
| Platinum | 0 | $ 966 | $ - | Platinum | 0 | 0 | $ - | |
| | | | $ 23,229 | | | | $ 23,229 | |
| **Delaware Depository** | | | | | | | | |
| Gold | 0.699 | $ 2,426 | $ 1,696 | Gold | 0 | 0.699 | $ 1,696 | |
| Silver | 184 | $ 29 | $ 5,336 | Silver | 0 | 184 | $ 5,336 | |
| Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - | |
| | | | $ 7,032 | | | | $ 7,032 | |
| **Total** | | | | | | | | |
| Gold | 138.5537 | $ 2,310 | $ 320,059 | Gold | 133.25 | 5.3037 | $ 12,865 | |
| Silver | 5478.95 | $ 30 | $ 162,834 | Silver | 3778.71 | 1700.24 | $ 47,002 | |
| Platinum | 0 | $ 981 | $ - | Platinum | 0 | 0 | $ - | |
| | | | $ 482,893 | | | | $ 59,867 | |