SO ORDERED.

Dated: August 27, 2024

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Subchapter V |
| MIDAS GOLD GROUP, LLC | Case No. 2:24-bk-04587-DPC |
| Debtor. | **EX-PARTE STIPULATED ORDER GRANTING (A) RELIEF FROM AUTOMATIC STAY TO ALLOW (I) CLOSURE OF DEBTOR'S ACCOUNTS, (II) TERMINATION OF CREDIT CARD, AND (III) SETOFF, AND (B) WAIVER OF 14-DAY STAY** |

THIS MATTER COMES BEFORE THE COURT PURSUANT TO the *Ex-Parte Stipulated Motion for Order Granting (A) Relief from Automatic Stay to (i) Allow Closure of Debtor's Accounts, (ii) Termination of Credit Card, and (iii) Setoff, and (B) Waiving 14-Day Stay* (the "Stipulated Motion")[1] filed by Midas Gold Group (the "Debtor") and Wells Fargo Bank, N.A. ("Wells Fargo"). The Debtor and Wells Fargo having agreed to the terms set forth herein and having stipulated to entry of this Order, no objection having been filed with respect to the Stipulated Motion or to entry of this Order, the Court having considered the Stipulated Motion and the entire record before the Court, and after due deliberation thereon and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Stipulated Motion.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

-1-

1. The Stipulated Motion is GRANTED.

2. Wells Fargo is authorized to immediately close the Deposit Account the Effective Date and release the balance, if any, of the Deposit Account to the Debtor at that time.

3. Wells Fargo is authorized to immediately terminate the Card and the Card Agreement upon the Effective Date.

4. Within two business days of the Effective Date, Wells Fargo shall release $50,000.00 from the Collateral Account; $40,000 to Debtor's counsel to be held in counsel's trust account and used to pay only the approved administrative claims of the bankruptcy estate, and $10,000 to the fiduciary account maintained by the Subchapter V Trustee to be held by the Subchapter V Trustee pending the further order of the Court. The remaining balance in the Collateral Account, subject to any Setoff Amounts, will be dispersed upon the joint instructions of the Subchapter V Trustee and Debtor's counsel

5. Wells Fargo is authorized to close the Collateral Account and the Commercial Account on the first business day that is on or after 60 days following the Effective Date (the "<u>Account Closure Date</u>").

6. Wells Fargo is authorized, as of the Account Closure Date, to set off against the remaining Collateral: (i) any transactions made on the Card or that have otherwise posted to the Card on account of returns, chargebacks, etc.; (ii) any fees or costs incurred pursuant to any of the applicable Card or Account agreements; and (iii) Wells Fargo's attorneys' fees and cost.

7. Within five business days of the Account Closure Date, Wells Fargo shall release the balance of the Collateral and the Commercial Account to the Debtor net of the Setoff Amounts.

8. Wells Fargo shall have an allowed administrative claim in this case to the extent that the Setoff Amounts exceed the amount of the Collateral, which the Debtor is authorized to pay without further Order of this Court.

9. Wells Fargo and the Debtor are authorized to take any and all actions reasonably necessary to effectuate the terms of this Order, and the automatic stay is hereby modified to allow Wells Fargo to take any such actions.

10. Notwithstanding the provisions of Bankruptcy Rules 4001(a)(3) and 6004(h), this Order shall be effective immediately upon entry.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of the Order.

DATED AND SIGNED ABOVE.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO