| | |
|---|---|
| In re: | Case No. 24-04587-DPC |
| Midas Gold Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 5
Date Rcvd: Oct 03, 2024     Form ID: 309D     Total Noticed: 117

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Midas Gold Group, LLC, 625 W Deer Valley Rd, Suite 109, Phoenix, AZ 85027-2140 |
| aty | + | KHALED TARAZI, Buchalter, A Professional Corporation, 15279 North Scottsdale Road, Suite 400, Scottsdale, AZ 85254-2659 |
| aty | + | Robert Warnicke, 2929 North 2nd Street, Phoenix, AZ 85012-3013 |
| aty | + | STUART BRADLEY RODGERS, LANE & NACH PC, 2001 East Campbell Avenue, Suite 103, PHOENIX, AZ 85016-5573 |
| tr | + | CHRISTOPHER CHARLES SIMPSON, Osborn Maledon, P.A., 2929 N. Central Ave., 21st Fl., PHOENIX, AZ 85012-2782 |
| cr | + | Olivia Lozano, 2810 Castle Rock Rd, Diamaond Bar, Ca 91765-3520 |
| 17328337 | + | Aaron & Jennifer Haley, c/o John Wittwer, 1850 N Central Ave #1900, Phoenix AZ 85004-4565 |
| 17474321 | + | Aaron Haley, c/o Joseph A. Brophy, 2800 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-1049 |
| 17299643 | + | Albert Baeza, 1541 E Fontana Dr, Casa Grande AZ 85122-5838 |
| 17299644 | | Albert E. Celleri, 12 W Adams Ct, West Orange NJ 07052-1440 |
| 17299645 | + | Andrew Wenker, 4112 W Whispering Wind Dr, Glendale AZ 85310-5173 |
| 17299646 | | Angelo Capone, 278A Oradell Dr, Monroe Township NJ 08831-5855 |
| 17299647 | + | Anthony James Fox, 4212 E Los Angeles Ave, Simi Valley CA 93063-3308 |
| 17387559 | + | Anthony fox, 4212 east Los Angeles ave, Simi valley, CA 93063-3308 |
| 17328344 | | Barb Bolin, 270 GongJi-ro, ChunCheon-si Gangwon-do, South Korea |
| 17299649 | + | Barbara Marshall, 4121 Gordman Dr., Whitestown IN 46075-4006 |
| 17471885 | +++ | CHARLES O HURTLEY, ELIZABETH A. HURTLEY, 110 NORTH 1 STREET, OXNARD, CA 93030 |
| 17465936 | + | CHIQUITA BALL, 2250 DOCK LANE # 205, ALEXANDRIA VA 22314-6258 |
| 17473863 | + | CYNDIE R COLE, 2740 CHANNEL DR, VENTURA CA 93003-4630 |
| 17299650 | + | Carletta Vickers, 14436 S Kendelwood Blvd, Glenpool OK 74033-3782 |
| 17299651 | + | Century Ins Group, 550 Polaris Pkwy Ste 300, Westerville OH 43082-7113 |
| 17463263 | | Charlene Leonard, 312 Green Moore Place, Hidden ValleyCA 91361-1165 |
| 17299652 | + | Charles Thomas Laipply, 10 Kimberly Dr, Venice FL 34293-7611 |
| 17299653 | + | Cheryl Shawver, 850 W Carlisle Rd, Westlake Village CA 91361-5317 |
| 17463264 | + | Cheryl Shawyer, 850 W Carlisle Rd, Thousand Oaks CA 91361-5317 |
| 17299654 | + | Chiquita Ball, 4645 Hunter's Ridge Ct., Ste A, La Plata MD 20646-2825 |
| 17299655 | + | Christopher Dunbar, 466 Daniel Dr, Lexington NC 27295-9879 |
| 17299656 | + | Cindy K. Noblitt, 161 Parkside Dr., Simi Valley CA 93065-7371 |
| 17471005 | + | Cindy Kay Noblitt, 161 Parkside Dr, Simi Valley, CA, 93065, Simi Valley, CA 93065-7371 |
| 17299657 | + | Claudine Falcone, 12 Scotto Dr, Millstone Township NJ 08510-9406 |
| 17299658 | + | Dixie Becker, 1331 N. Avoca, Mesa AZ 85207-3859 |
| 17299659 | + | Dunbar Flight Center, PO Box 12726, Scottsdale AZ 85267-2726 |
| 17495524 | + | EDWARD WAGNER, 17383 W SUNSET BLVD #A230, PACIFIC PALISADES CA 90272-4186 |
| 17463265 | | Emily J Azcarraga, 7510 Essex Ct, Amarillo TX 79121-1816 |
| 17299660 | | Eric Shuda, 118 S Morgan Ave, Wheaton IL 60187-4628 |
| 17299661 | + | Erik Treon, 7972 W Orange Dr, Glendale AZ 85303-5562 |
| 17299662 | + | Ethen Reese, 5602 W Melinda Ln, Glendale AZ 85308-6253 |
| 17463266 | + | Evelyn Costello, 9712 Wardlow Court, Matthews NC 28105-5591 |
| 17465342 | + | Evelyn J. Costello, 9712 Wardlow Ct., Matthews, NC 28105-5591 |
| 17299663 | + | FORBES500 LLC, 625 W Deer Valley Rd, Suite 109, Phoenix AZ 85027-2140 |
| 17299664 | + | Frank Hernandez, 3504 S. Swan Dr., Gilbert AZ 85297-2433 |
| 17328361 | + | Freddie & Jane Doe Sordia, Attn John Wittwer, 1850 N Central Ave #1900, Phoenix AZ 85004-4565 |
| 17474347 | + | Freddie Sordia, c/o Jennings Haug Keleher McLeod Waterfa, 2800 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-1049 |
| 17463267 | + | Gerald Cox, 9095 E Elliot Ridge Rd, Kingman AZ 86401-4585 |

| ID | Flags | Name and Address |
|---|---|---|
| 17299667 | + | Isabel Lehman, 33 Maple St., Charleston SC 29403-3413 |
| 17299668 | #+ | Israel Yurich, 3825 Cedar Grove Pkwy, Apt 427, Saint Paul MN 55122-1466 |
| 17450287 | + | JON C GAISER, 1156 W ENID AVE, MESA AZ 85210-3416 |
| 17463268 | + | James L Schmerbauch, 13020 Winter Sun Way, Riverside CA 92503-0945 |
| 17463269 | + | Jennifer Frances Amann, 60 Country Road 519, Phillipsburg NJ 08865-7807 |
| 17387823 |   | Jennifer Frances Amann, 60 County Road 519, Phillipsburg, NJ 08865-7807 |
| 17299669 | + | Jill Whittington, 421 Green Meadow Ln., Freeman SD 57029-2109 |
| 17299670 | + | John A. Grabow, 3207 W. Topeka Dr., Phoenix AZ 85027-4864 |
| 17451853 | + | John B. Olson, 12590 CR 227, Oxford, FL 34484-2621 |
| 17299671 | + | John B. Olson, 12590 Country Rd 227, Oxford FL 34484-2621 |
| 17463270 | + | John Bowen, 4234 Saddlecrest Ln, Westlake Village CA 91361-4761 |
| 17473883 | + | John D McMahon, 22751 El Prado, 2209, 22751 El Prado, 2209, Rancho Santa Margarita, CA 92688-3820 |
| 17299672 | + | John D. McMahon, 3675 Aspen Village Way, Santa Ana CA 92704-7596 |
| 17474320 | + | Joseph A. Brophy, c/o Jennings Haug Keleher McLeod Waterfa, 2800 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-1049 |
| 17299673 | + | Julia Domansky, 772 Wilkes Dr, Loganville GA 30052-2712 |
| 17472153 | + | Justin Niedzialek, Dunn DeSantis Walt & Kendrick, LLP, 4742 N. 24th St., Ste. 300, Phoenix, AZ 85016-9107 |
| 17471606 | + | KALYNDA KAY CARROLL, 16604 W PIMA ST, GOODYEAR AZ 85338-2458 |
| 17299674 |   | Karen J. Celleri, 12 Wadams Ct, West Orange NJ 07052-1440 |
| 17472176 | + | Kristi Maharrey, 8493 Lunar Skye St, Sarasota, FL 34241-2103 |
| 17299675 | + | Linda Habib, 10 Stetson Ct., Plymouth MA 02360-2389 |
| 17299676 | + | Lonnie Ray Wages, 13970 Highway 35, Risen AR 71665-8070 |
| 17328374 | + | Macdonald Madden, 24 Simmons Hollow Dr, Lynchburg TN 37352-7047 |
| 17299677 | + | Macdonald Madden, 24 Simmons Hollow Rd, Lynchburg TN 37352-7047 |
| 17299678 | + | Maria D. Wright, 190 Sandberg St., Thousand Oaks CA 91360-1614 |
| 17299679 | + | Maricel Antonio, 2300 Cantura Dr., Mesquite TX 75181-4655 |
| 17299680 | + | Matthew Geiger, 5602 W Melinda Ln, Glendale AZ 85308-6253 |
| 17299683 | + | NYPrepper Productions LLC, 1890 Buffalo Run Rd, Bellefonte PA 16823-8017 |
| 17299681 | + | Nathan Tarr, 15603 Winston Ave, Urbandale IA 50323-2248 |
| 17299682 | + | Neil Johnson, 12797 Wichingen Rd, Hibbing MN 55746-8018 |
| 17472097 | + | Olivia Lozano, 2810 Castle Rock Rd., Diamond Bar, CA 91765-3520 |
| 17463271 | + | Olivia P Lozano, 2810 Castle Rock Rd, Diamond Bar CA 91765-3520 |
| 17462657 | + | PATRICIA JEAN SAGADIN, 11819 N 56TH AVE, GLENDALE AZ 85304-2624 |
| 17469872 | + | Paul M. Artale, 272 Cambridge Lane, Lititz, PA 17543-1359 |
| 17299684 | + | Pepito C Azcarraga, 7501 Essex Ct, Amarillo TX 79121-1847 |
| 17471110 |   | Pepito C. Azcarraga, 7510 ESSEX CT, AMARILLO, TX 79121-1816, Amarillo, TX 79121-1816 |
| 17299685 | + | Plaza Associates, LLC, 5142 Clareton Dr., Agoura Hills CA 91301-4446 |
| 17299686 | + | Pure Water Partners, 123 S 3rd Ave Ste 28, Sandpoint ID 83864-1262 |
| 17391686 | + | Pure Water Partners LLc, 123 S Third Ave Ste 28, Sandpoint, ID 83864-1262 |
| 17299687 | + | Raymond Zoratti, 20633 N 17th Way, Phoenix AZ 85024-4327 |
| 17299688 | + | Rene A. Levinson, 9910 W Riverside, Tolleson AZ 85353-8316 |
| 17299689 | + | Renee Valliere, 1502 Tokay Ave, Carlsbad NM 88220-9244 |
| 17299690 | + | Richard D'Ambrosia, 4415 N 76th Ave, Phoenix AZ 85033-2430 |
| 17299691 | + | Rick Miller, 15224 N El Frio Ct, El Mirage AZ 85335-6993 |
| 17299692 | + | Robert Lincoln, 53405 Avenida Madero, La Quinta CA 92253-3494 |
| 17299693 | + | Rosario Rosel Cabaccang, 27660 Sequoia Glen Dr., Valencia CA 91354-1309 |
| 17299694 | + | Ruth Ann Wall, 1403 Cherry St, Huntington IN 46750-1845 |
| 17470368 | + | SUSAN DONAL NEWCOMB, 161 PARKSIDE DR, SIMI VALLEY CA 93065-7371 |
| 17299695 | + | Salem Media, 4880 Santa Rosa Rd, Camarillo CA 93012-0948 |
| 17299696 | + | Salem Media, PO Box 206590, Dallas TX 75320-6590 |
| 17328394 | + | Samuel Doncaster, Doncaster Law PLLC, 13236 N 7th St Ste 4-248, Phoenix AZ 85022-5333 |
| 17299700 | + | Samuel Doncaster, Doncaster Law PLLC, 12406 N 32nd St Ste 103, Phoenix AZ 85032-7146 |
| 17299701 | + | Sandra Clasen, 185 Sandtrap Dr., Eagar AZ 85925-9851 |
| 17328397 | + | Scott Marsiglia, 4138 W 176th St, Torrance CA 90504-3124 |
| 17463272 | + | Stacie Russeau, 2910 Kings Bridge Rd, Louisville KY 40220-2405 |
| 17299704 |   | Steven Domansky, 722 Wilkes Dr., Loganville GA 30052 |
| 17299705 | + | Teri Young, 26823 W Firehawk Dr, Buckeye AZ 85396-7018 |
| 17299706 | + | Terry Gibson, 2081 Par Dr, Naples FL 34120-0518 |
| 17467911 | + | Terry Gibson, 2071 Lansing St, Melbourne, FL 32935-2173 |
| 17463273 |   | Terry Loterbauer, 3029 E El Moro Ave, Mesa AZ 85204-4731 |
| 17460025 |   | VERNON HEATH SIMPSON JR, 1101 CROFTON DRIVE, WAXHAW, NC 28173-0149 |
| 17299707 | + | Veteran Biker LLC, PO Box 4444, Fayetteville AR 72702-4444 |
| 17299709 | + | WRPV XIII Element Phoenix LLC, c/o Waterton Residential, LLC, 30 S Wacker Dr 3600, Chicago IL 60606-7462 |
| 17484014 | + | Wells Fargo Bank, N.A., c/o Khaled Tarazi, Buchalter, 15279 N. Scottsdale Road, Suite 400, Scottsdale, AZ 85254-2659 |

| | | |
|---|---|---|
| 17463274 | | William S Campbell, 1941 S Cole Dr, Gilbert AZ 85295-4662 |
| 17299711 | + | Zuliana Salerno, 610 Aston Lake Court, Lehigh Acres FL 33974-9563 |
| 17299665 | + | iHeart Media, 3400 W Olive Ave, Suite 550, Burbank CA 91505-5544 |
| 17299666 | + | iHeartMedia, 3400 W Olive Ave, Suite 550, Burbank CA 91505-5544 |

TOTAL: 111

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ameda@bcattorneys.com | Oct 03 2024 22:36:00 | ALAN A. MEDA, Burch & Cracchiolo PA, 1850 N. Central Ave., Suite 1700, PHOENIX, AZ 85004 |
| tr | + EDI: QEHALEY.COM | Oct 04 2024 02:23:00 | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| smg | EDI: AZDEPREV.COM | Oct 04 2024 02:23:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17299648 | Email/Text: bankruptcy2006@apsc.com | Oct 03 2024 22:37:29 | APS, PO Box 37812, Boone IA 50037-0812 |
| 17392121 | + EDI: AZDEPREV.COM | Oct 04 2024 02:23:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 17299702 | Email/Text: bankruptcy@dsservices.com | Oct 03 2024 22:37:00 | Sparkletts, PO Box 660579, Dallas TX 75266-0579 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A. |
| aty | *+ | CHRISTOPHER CHARLES SIMPSON, Osborn Maledon, P.A., 2929 N. Central Ave., 21st Fl., PHOENIX, AZ 85012-2782 |
| 17328343 | * | APS, PO Box 37812, Boone IA 50037-0812 |
| 17328338 | *+ | Albert Baeza, 1541 E Fontana Dr, Casa Grande AZ 85122-5838 |
| 17328339 | * | Albert E. Celleri, 12 W Adams Ct, West Orange NJ 07052-1440 |
| 17328340 | *+ | Andrew Wenker, 4112 W Whispering Wind Dr, Glendale AZ 85310-5173 |
| 17328341 | * | Angelo Capone, 278A Oradell Dr, Monroe Township NJ 08831-5855 |
| 17328342 | *+ | Anthony James Fox, 4212 E Los Angeles Ave, Simi Valley CA 93063-3308 |
| 17328345 | *+ | Barbara Marshall, 4121 Gordman Dr., Whitestown IN 46075-4006 |
| 17328346 | *+ | Carletta Vickers, 14436 S Kendelwood Blvd, Glenpool OK 74033-3782 |
| 17328347 | *+ | Century Ins Group, 550 Polaris Pkwy Ste 300, Westerville OH 43082-7113 |
| 17328348 | *+ | Charles Thomas Laipply, 10 Kimberly Dr, Venice FL 34293-7611 |
| 17328349 | *+ | Cheryl Shawver, 850 W Carlisle Rd, Westlake Village CA 91361-5317 |
| 17328350 | *+ | Chiquita Ball, 4645 Hunter's Ridge Ct., Ste A, La Plata MD 20646-2825 |
| 17328351 | *+ | Christopher Dunbar, 466 Daniel Dr, Lexington NC 27295-9879 |
| 17328352 | *+ | Cindy K. Noblitt, 161 Parkside Dr., Simi Valley CA 93065-7371 |
| 17328353 | *+ | Claudine Falcone, 12 Scotto Dr, Millstone Township NJ 08510-9406 |
| 17328354 | *+ | Dixie Becker, 1331 N. Avoca, Mesa AZ 85207-3859 |
| 17328355 | *+ | Dunbar Flight Center, PO Box 12726, Scottsdale AZ 85267-2726 |
| 17328356 | * | Eric Shuda, 118 S Morgan Ave, Wheaton IL 60187-4628 |
| 17328357 | *+ | Erik Treon, 7972 W Orange Dr, Glendale AZ 85303-5562 |
| 17328358 | *+ | Ethen Reese, 5602 W Melinda Ln, Glendale AZ 85308-6253 |
| 17328359 | *+ | FORBES500 LLC, 625 W Deer Valley Rd, Suite 109, Phoenix AZ 85027-2140 |
| 17328360 | *+ | Frank Hernandez, 3504 S. Swan Dr., Gilbert AZ 85297-2433 |
| 17328364 | *+ | Isabel Lehman, 33 Maple St., Charleston SC 29403-3413 |
| 17328365 | *+ | Israel Yurich, 3825 Cedar Grove Pkwy, Apt 427, Saint Paul MN 55122-1466 |
| 17328366 | *+ | Jill Whittington, 421 Green Meadow Ln., Freeman SD 57029-2109 |
| 17328367 | *+ | John A. Grabow, 3207 W. Topeka Dr., Phoenix AZ 85027-4864 |

| | | |
|---|---|---|
| 17328368 | *+ | John B. Olson, 12590 Country Rd 227, Oxford FL 34484-2621 |
| 17328369 | *+ | John D. McMahon, 3675 Aspen Village Way, Santa Ana CA 92704-7596 |
| 17328370 | *+ | Julia Domansky, 772 Wilkes Dr, Loganville GA 30052-2712 |
| 17328371 | * | Karen J. Celleri, 12 Wadams Ct, West Orange NJ 07052-1440 |
| 17328372 | *+ | Linda Habib, 10 Stetson Ct., Plymouth MA 02360-2389 |
| 17328373 | *+ | Lonnie Ray Wages, 13970 Highway 35, Risen AR 71665-8070 |
| 17457153 | *+ | Macdonald Madden, 24 Simmons Hollow RD, LYNCHBURG, TN 37352-7047 |
| 17328375 | *+ | Maria D. Wright, 190 Sandberg St., Thousand Oaks CA 91360-1614 |
| 17328376 | *+ | Maricel Antonio, 2300 Cantura Dr., Mesquite TX 75181-4655 |
| 17328377 | *+ | Matthew Geiger, 5602 W Melinda Ln, Glendale AZ 85308-6253 |
| 17328380 | *+ | NYPrepper Productions LLC, 1890 Buffalo Run Rd, Bellefonte PA 16823-8017 |
| 17328378 | *+ | Nathan Tarr, 15603 Winston Ave, Urbandale IA 50323-2248 |
| 17328379 | *+ | Neil Johnson, 12797 Wichingen Rd, Hibbing MN 55746-8018 |
| 17470560 | *+ | Olivia P. Lozano, 2810 Castle Rock Rd., Diamond Bar, CA 91765-3520 |
| 17328381 | *+ | Pepito C Azcarraga, 7501 Essex Ct, Amarillo TX 79121-1847 |
| 17328382 | *+ | Plaza Associates, LLC, 5142 Clareton Dr., Agoura Hills CA 91301-4446 |
| 17328383 | *+ | Pure Water Partners, 123 S 3rd Ave Ste 28, Sandpoint ID 83864-1262 |
| 17328384 | *+ | Raymond Zoratti, 20633 N 17th Way, Phoenix AZ 85024-4327 |
| 17328385 | *+ | Rene A. Levinson, 9910 W Riverside, Tolleson AZ 85353-8316 |
| 17328386 | *+ | Renee Valliere, 1502 Tokay Ave, Carlsbad NM 88220-9244 |
| 17328387 | *+ | Richard D'Ambrosia, 4415 N 76th Ave, Phoenix AZ 85033-2430 |
| 17328388 | *+ | Rick Miller, 15224 N El Frio Ct, El Mirage AZ 85335-6993 |
| 17328389 | *+ | Robert Lincoln, 53405 Avenida Madero, La Quinta CA 92253-3494 |
| 17328390 | *+ | Rosario Rosel Cabaccang, 27660 Sequoia Glen Dr., Valencia CA 91354-1309 |
| 17328391 | *+ | Ruth Ann Wall, 1403 Cherry St, Huntington IN 46750-1845 |
| 17328392 | *+ | Salem Media, 4880 Santa Rosa Rd, Camarillo CA 93012-0948 |
| 17299697 | *+ | Salem Media, PO Box 206590, Dallas TX 75320-6590 |
| 17299698 | *+ | Salem Media, PO Box 206590, Dallas TX 75320-6590 |
| 17299699 | *+ | Salem Media, PO Box 206590, Dallas TX 75320-6590 |
| 17328393 | *+ | Salem Media, PO Box 206590, Dallas TX 75320-6590 |
| 17328395 | *+ | Samuel Doncaster, Doncaster Law PLLC, 12406 N 32nd St Ste 103, Phoenix AZ 85032-7146 |
| 17328396 | *+ | Sandra Clasen, 185 Sandtrap Dr., Eagar AZ 85925-9851 |
| 17299703 | * | Sparkletts, PO Box 660579, Dallas TX 75266-0579 |
| 17328398 | * | Sparkletts, PO Box 660579, Dallas TX 75266-0579 |
| 17328399 | * | Steven Domansky, 722 Wilkes Dr., Loganville GA 30052 |
| 17328400 | *+ | Teri Young, 26823 W Firehawk Dr, Buckeye AZ 85396-7018 |
| 17328401 | *+ | Terry Gibson, 2081 Par Dr, Naples FL 34120-0518 |
| 17299708 | *+ | Veteran Biker LLC, PO Box 4444, Fayetteville AR 72702-4444 |
| 17328402 | *+ | Veteran Biker LLC, PO Box 4444, Fayetteville AR 72702-4444 |
| 17299710 | *+ | WRPV XIII Element Phoenix LLC, c/o Waterton Residential, LLC, 30 S Wacker Dr 3600, Chicago IL 60606-7462 |
| 17328403 | *+ | WRPV XIII Element Phoenix LLC, c/o Waterton Residential, LLC, 30 S Wacker Dr 3600, Chicago IL 60606-7462 |
| 17328404 | *+ | Zuliana Salerno, 610 Aston Lake Court, Lehigh Acres FL 33974-9563 |
| 17328362 | *+ | iHeart Media, 3400 W Olive Ave, Suite 550, Burbank CA 91505-5544 |
| 17328363 | *+ | iHeartMedia, 3400 W Olive Ave, Suite 550, Burbank CA 91505-5544 |

TOTAL: 1 Undeliverable, 71 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 05, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAN A. MEDA | on behalf of Debtor Midas Gold Group LLC ameda@bcattorneys.com, tdunham@bcattorneys.com |
| ERIC M. HALEY | trustee@haley-law.com emhaley@ecf.axosfs.com |
| KHALED TARAZI | on behalf of Creditor Wells Fargo Bank N.A. ktarazi@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,rmiller@buchalter.com |
| PATTY CHAN | on behalf of U.S. Trustee U.S. TRUSTEE patty.chan@usdoj.gov |
| Robert Warnicke | on behalf of Creditor Olivia Lozano robert@warnickelaw.net robert@warnickelaw.net |
| STUART BRADLEY RODGERS | on behalf of Trustee ERIC M. HALEY stuart.rodgers@lane-nach.com danica.acosta@lane-nach.com,deborah.mckernan@lane-nach.com,aimee.bourassa@lane-nach.com,jon.ingraham@lane-nach.com |

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Midas Gold Group, LLC <br> Name | EIN: | 83–2128791 |
| United States Bankruptcy Court District of Arizona | | Date case filed in chapter: | 11 6/7/24 |
| Case number: 2:24–bk–04587–DPC | | Date case converted to chapter: | 7 9/25/24 |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set 10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Midas Gold Group, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 625 W Deer Valley Rd <br> Suite 109 <br> Phoenix, AZ 85027 | |
| 4. | **Debtor's attorney** <br> Name and address | ALAN A. MEDA <br> Burch & Cracchiolo PA <br> 1850 N. Central Ave., Suite 1700 <br> PHOENIX, AZ 85004 | Contact phone 602–234–8797 <br> Email: ameda@bcattorneys.com |
| 5. | **Bankruptcy trustee** <br> Name and address | ERIC M. HALEY <br> PO BOX 13390 <br> SCOTTSDALE, AZ 85267 | Contact phone 602–218–5136 <br> Email: trustee@haley–law.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona** <br> **230 North First Avenue, Suite 101** <br> **Phoenix, AZ 85003–1727** | Office Hours: <br> 8:30 am – 4:00 pm Monday–Friday <br><br> Contact Phone: (602) 682–4000 <br> Date: 10/3/24 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 24, 2024 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 906 123 7055, and Passcode 0641314055, OR call 1–602–675–9978** |
| | | **For additional meeting information go to https://www.justice.gov/ust/moc** | |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set** page 1

Case 2:24-bk-04587-DPC Doc 175 Filed 10/03/24 Entered 10/05/24 21:31:54 Desc
Imaged Certificate of Notice Page 6 of 7

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** Filing deadline: 12/4/24 |
| | | **Deadline for governmental units to file a proof of claim:** Filing deadline: 3/24/25 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set**  page **2**

Case 2:24-bk-04587-DPC    Doc 175    Filed 10/03/24    Entered 10/05/24 21:31:54    Desc
Imaged Certificate of Notice    Page 7 of 7