# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| MIDAS GOLD GROUP, LLC, | No. 2:24-bk-04587-DPC |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO RETURN FUNDS HELD IN TRUST** |

This matter having come on for consideration upon Trustee's Motion for Authority to Return Funds Held in Trust ("Motion to Return Funds"), and in compliance with this Court's ruling at the hearing on September 24, 2024 [DE #123], on the Emergency Motion for Order Converting Case to a Chapter 7 Proceeding filed on September 20, 2024 [DE#114], and good cause having been established;

IT IS HEREBY ORDERED approving Trustee's Motion to Return Funds on the terms set forth therein.

IT IS FURTHER ORDERED authorizing Eric M. Haley, Trustee, to remit payment as follows:

a. Payment to Stephen Akka in the amount of $19,600.00;

b. Payment to Jared Johnson in the amount of $10,195.00; and

c. Payment to Tracy Sopa in the amount of $24,615.60.

**DATED AND SIGNED ABOVE**