# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX Division

In Re               |

MIDAS GOLD GROUP, LLC     |     Case No. 24-04587

                    |

                    |

        Debtor(s)       |

                    |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Christopher C. Simpson, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $35000.00, these funds were held in a fiduciary account at Axos Bank pursuant to 11 U.S.C. § 1194. The case was converted, with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on October 8, 2024, the Court ordered compensation of $32.298.30 be awarded to the trustee. These funds were paid by the debtor to the trustee on October 22, 2024, from the above-mentioned $35000.00. Since the filing of his initial fee application, the trustee expended additional time in the case totaling $9009.00. The trustee is in the process of preparing his final fee application. As of the date of this report, such additional fees have not been approved. The remaining balance in the trustee fiduciary account is $2,701.70 and will be held pending the Court's consideration of the trustee's final fee application. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date : 11/19/2024                  By: CHRISTOPHER C. SIMPSON
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR B
Case 2:24-bk-04587-DPC    Doc 258    Filed 11/19/24    Entered 11/19/24 12:31:52    Desc
Main Document      Page 1 of 1