SO ORDERED.

Dated: December 20, 2024

Daniel P. Collins, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MIDAS GOLD GROUP, LLC,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:24-bk-04587-DPC<br><br>**ORDER AUTHORIZING TRUSTEE TO REJECT DUNBAR FLIGHT CENTER LEASE** |

Upon the *Motion to Reject Dunbar Flight Center Lease* ("**Motion**") filed by Eric M. Haley, Trustee, and after notice and opportunity for objections and no objections having been filed as reflected by the Certificate of No Objection filed herein and good cause appearing therefor;

IT IS HEREBY ORDERED approving Trustee's Motion and authorizing the Trustee to reject the following non-residential real property lease, effective as of November 30, 2024:

625 W. Deer Valley Rd, Suite 108 & 109, Phoenix, AZ 85027.

**DATED AND SIGNED ABOVE**