**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85026
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com

*Attorneys for Eric M. Haley, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MIDAS GOLD GROUP, LLC, | No. 2:24-bk-04587-DPC |
| Debtor. | **TRUSTEE'S REPORT OF SALE AND REQUEST TO PAY FEES AND COSTS TO AUCTIONEER** |

Eric M. Haley, Trustee, by and through his attorneys undersigned, for his *Report of Sale and Request to Pay Fees and Costs to Auctioneer*, respectfully represents as follows:

## I. INTRODUCTION

A. This case was commenced by Voluntary Petition under Chapter 11 of Title 11 of the United States Code on June 7, 2024 ("**Petition Date**"), which case converted to Chapter 7 on September 25, 2024 ("**Conversion Date**").

B. Eric M. Haley is the duly appointed and acting Trustee herein ("**Trustee**").

C. Pursuant to an Order of this Court dated October 22, 2024, Trustee received authority to employ Cunningham & Associates, Inc., ("**Auctioneer**") to assist with the liquidation/auction of estate assets.

D. Pursuant to an Order of this Court dated October 29, 2024, Trustee received authority to sell the Phoenix Equipment and Furniture pursuant to the terms contained in the sale motion.

## II. REPORT OF SALE

A. An auction was conducted by Auctioneer which concluded on November 20, 2023.

B. As reflected on Exhibit "A" attached hereto, the auction grossed $19,639.00 after taxes. Also set forth on Exhibit "A" are the items sold, the buyer and sales price.

## III. REQUEST FOR PAYMENT OF COMMISSIONS AND EXPENSES

A. Auctioneer's fees have been calculated based upon a commission of ten percent (10%) of the gross sales proceeds, or, the sum of $1,963.90.

B. Auctioneer has incurred out-of-pocket costs associated with the auction. The reasonable and necessary expenses total $657.09. The costs included: publication; advertising; and, labor, including, transporting, inventorying, pricing and preparing for the auction.

WHEREFORE, Eric M. Haley, Trustee, respectfully requests that this Court enter its Order authorizing payment to Cunningham & Associates, Inc., in the total sum $2,620.99 for services provided in the liquidation of estate assets herein; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 24th day of December, 2024.

**LANE & NACH, P.C.**

By /s/ Stuart B. Rodgers
  Stuart B. Rodgers
  *Attorneys for Trustee*

Copy of the foregoing delivered via electronic notification to:

Alan A. Meda
Burch & Cracchiolo PA
1850 N. Central Ave., Ste. 1700
Phoenix, AZ 85004
Email: ameda@bcattorneys.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Patty.Chan@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By/s/ Aimee Bourassa

# EXHIBIT "A"



# CUNNINGHAM & ASSOCIATES, INC.

Auctions     Liquidations     Appraisals

December 13, 2024

Eric M. Haley, Trustee
P.O. Box 13390
Scottsdale, AZ 85267
(602) 218-5136

Debtor(s): MIDAS GOLD GROUP, LLC
Case No: 2:24-bk-04587-DPC

Auction Date: November 20, 2024
Gross Proceeds of auction held at:
625 W. Deer Valley Rd. Ste. 109
Phoenix, AZ 85027

| | |
|---|---:|
| **Gross Proceeds:** | $19,639.00 |
| **Reasonable and Necessary Expenses:** | |
| Advertising | $237.09 |
| Transport & Detail | $420.00 |
| **Necessary Expenses:** | $657.09 |
| **Auctioneer's Commission 10%:** | $1,963.90 |
| **Total Due Cunningham & Associates, Inc.:** | $2,620.99 |
| **Total Submitted to Eric M. Haley, Trustee:** | $19,639.00 |

*[signed]*

George Cunningham
Certified Auctioneer & Appraiser

8542 N. 27th Avenue • Phoenix, Arizona 85017 • P.O. Box 67087 • Phoenix, Arizona 85082-7087
(888) 777-9888 • FAX (602) 595-6843
AuctionAZ.com

# SETTLEMENT SUMMARY

CUNNINGHAM & ASSOCIATES, INC.

| | |
|---|---|
| **AUCTION** | Safes, TV's, Office Furniture, Supplies & Equipment and MORE! |
| **DATE** | Nov 20, 2024 |

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 400 | Sharp 52" LCD Flat Screen TV - Model: #LC-52LE830U | $180.00 | Don Davis |
| 401 | Apple TV Hd 4th Generation Media Streamer - Model: #A1625 | $153.00 | Don Davis |
| 402 | Bush Industries L-Shaped Office Desk with Built In Power and Adjustable Height Office Chair | $110.00 | Don Davis |
| 403 | Sauder C-Shaped End Table | $10.00 | Don Davis |
| 404 | (2) ShoreTel 8-Line Color Display Business Phone - Model: #IP485G | $5.00 | Don Davis |
| 405 | Grey Upholstered Barrel Chair with Wooden Legs | $24.00 | Don Davis |
| 406 | Grey Upholstered Barrel Chair with Wooden Legs | $36.00 | Don Davis |
| 407 | Sauder C-Shaped End Table with Decorative Plant | $14.00 | Don Davis |
| 408 | Ottomanson Siesta Collection Rectangle $100 Dollar Bill Rug | $71.00 | Don Davis |
| 409 | U-Shaped Office Desk with Hutch and Adjustable Height Office Chair - Contents Not Included | $9.00 | Don Davis |
| 410 | 5-Shelf Bookcase - Contents Not Included | $190.00 | Don Davis |
| 411 | Assorted Items Including One Cent Image with Penny, Office Supplies, and More | $12.00 | Don Davis |
| 412 | Mainstays Tower Fan - Model: # FZ10-19MB | $9.00 | Don Davis |
| 413 | (2) Bernhardt Upholstered Waiting Chairs with Wood Accents | $7.00 | Don Davis |
| 414 | Artisan Entry Table with 2-Drawers and Metal Accents | $85.00 | Don Davis |
| 415 | Assorted Items Including President Trump Book, The Franklin Mint History Box and More | $51.00 | Don Davis |
| 416 | Framed Photo of "Precious Metals Reference Guide" | $22.00 | Don Davis |
| 417 | Office Desk with Adjustable Height Office Chair, Hutch and Under Storage - Contents Not Included | $475.00 | Matthew Payton |
| 418 | 5-Shelf Bookcase | $20.00 | Don Davis |

# SETTLEMENT SUMMARY

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 419 | (2) ShoreTel 8-Line Color Display Business Phone - Model: #IP485G With Jabra Headset | $7.00 | Don Davis |
| 420 | Group of Photos Representing Gold Bars | $36.00 | Don Davis |
| 421 | (2) Bernhardt Upholstered Waiting Chairs with Wood Accents | $9.00 | Don Davis |
| 422 | Contemporary 2-Shelf Floor Lamp | $141.00 | Don Davis |
| 423 | TCL 40" Roku Tv with Wall Mount - Model: #40S325 | $71.00 | Don Davis |
| 424 | Cummins Allison Money Counter - Model: #4065ES | $575.00 | Don Davis |
| 425 | Cummins Jetscan IFX Money Counter - Model: #i103 | $575.00 | Don Davis |
| 426 | Kolibri Automatic Bill Counter | $310.00 | Don Davis |
| 427 | Artopex Office Organizer with 6-Drawers | $215.00 | Matthew Payton |
| 428 | Assorted Coffee with Coffee Container | $81.00 | David Wray |
| 429 | Assorted Items | $6.00 | Don Davis |
| 430 | Assorted Items Including Shirts, Treasure Box and More | $22.00 | David Wray |
| 431 | Foot Operated Trash Can | $51.00 | Don Davis |
| 432 | Metal Testing Equipment with Diamond Tester and Magnify Glass | $66.00 | David Wray |
| 433 | Scale | $85.00 | Don Davis |
| 434 | Trilogy Data Transfer Module | $7.00 | Don Davis |
| 435 | Brecknell Scale - Model: #PS150 | $51.00 | Don Davis |
| 436 | Trump 2020 Gold Gift Certificate with Gold Trump Coin | $81.00 | Don Davis |
| 437 | Large $100 Dollar Bill Wall Art | $24.00 | Don Davis |
| 438 | Enclosed White Board | $100.00 | Don Davis |
| 439 | American Flag | $31.00 | Don Davis |
| 440 | Conference Table with 6-Chairs with Plant and More | $36.00 | Don Davis |
| 441 | Kirklands 12"x12' Assorted Carved Patterns Wall Art | $8.00 | Don Davis |
| 442 | "Battleground Talkers Tour" Poster with Charlie Kirk, Mike Gallagher and Brandon Tatum Autographs | $6.00 | Don Davis |
| 443 | Rode Pod Mic with Haba Mount | $190.00 | Don Davis |

# SETTLEMENT SUMMARY

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 444 | Smallrig Wall Mounted Light | $151.00 | Don Davis |
| 445 | Smallrig Wall Mounted Light | $151.00 | Don Davis |
| 446 | Smallrig Point Source Video Light - Model: #RC120D | $151.00 | Don Davis |
| 447 | Rode Pod Mic with Haba Mount | $141.00 | Don Davis |
| 448 | Hisense 40" Roku Tv - Model: #40H4030F4 | $70.00 | Don Davis |
| 449 | Rode Pod Mic with Assorted Mounts | $160.00 | Don Davis |
| 450 | Zoom Podtrak P4 Podcast Recorder | $151.00 | Don Davis |
| 451 | Podcast Room Mounting Arm | $61.00 | Don Davis |
| 452 | Smallrig Carrying Case (Incomplete) | $10.00 | Don Davis |
| 453 | 2-Drawer Filing Cabinet on Wheels | $25.00 | Don Davis |
| 454 | Ameriwood Table with 1-Drawer | $8.00 | Don Davis |
| 455 | (2) Folding Tray tables | $12.00 | Don Davis |
| 456 | Mounting Brick | $70.00 | Don Davis |
| 457 | Brown Loveseat | $22.00 | Don Davis |
| 458 | (2) Wall Mounted Corner Shelf Organizers | $35.00 | Don Davis |
| 459 | Assorted Tripod Stands | $185.00 | Don Davis |
| 460 | Assorted Headset and Lighting | $141.00 | Don Davis |
| 461 | Assorted Items Including Mic, Headset and More | $233.00 | Don Davis |
| 462 | Sound Dampening Panels | $51.00 | Don Davis |
| 463 | Grey Upholstered Barrel Chair with Wooden Legs | $101.00 | Don Davis |
| 464 | Grey Upholstered Barrel Chair with Wooden Legs | $110.00 | Don Davis |
| 465 | Grey Upholstered Barrel Chair with Wooden Legs | $96.00 | Don Davis |
| 466 | 2-Door White Storage Cabinet with Contents: Assorted Items Including Wall Art, Office Supplies and More | $50.00 | Don Davis |
| 467 | Dark Wood Office Desk with Assorted Decor | $36.00 | Don Davis |
| 468 | Canon Color Image Class - Model: #MF642CDW | $121.00 | Don Davis |

# SETTLEMENT SUMMARY

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 469 | Anvil Tool Box (Incomplete) | $36.00 | Don Davis |
| 470 | Speckled White 48" Reception Top | $5.00 | Don Davis |
| 471 | Artopex Office Organizer with 6-Drawers | $235.00 | Don Davis |
| 472 | Epson Wifi Printer - Model: #ET-3760 | $65.00 | Don Davis |
| 473 | Assorted Office Supplies Including Print Cartridges, Keyboard, Door Knob and More | $56.00 | Don Davis |
| 474 | Contents of drawer: Assorted Items | $6.00 | Don Davis |
| 475 | Assorted Items | $6.00 | Don Davis |
| 476 | Copy Paper | $26.00 | Don Davis |
| 477 | Light Blue Chair with hobnail accents | $26.00 | Don Davis |
| 478 | Foot Operated Black Trash Can | $12.00 | Don Davis |
| 479 | Vanity Organizer with Toilet Paper and Contents | $8.00 | Don Davis |
| 480 | Contents of Cabinet: Assorted Cleaning Supplies Including Clorox Wipes, Comet, Lysol and More | $12.00 | Don Davis |
| 481 | Insignia Household Refrigerator - Model: #NS-RTM18WH8Q | $300.00 | Don Davis |
| 482 | Contents of drawer and section of counter: Assorted Kitchenware | $12.00 | Don Davis |
| 483 | Contents of Cabinet - Assorted Kitchenware | $10.00 | Don Davis |
| 484 | LG Microwave with Toaster | $56.00 | Don Davis |
| 485 | Farberware Coffee Maker | $25.00 | Don Davis |
| 486 | Keurig Coffee Maker with Pod Stand | $23.00 | Don Davis |
| 487 | Ikea Black Table - Model: #16353 | $14.00 | Don Davis |
| 488 | Artopex Round Table with 3-Chairs | $111.00 | Don Davis |
| 489 | Artesian Bottleless Water Dispenser | $36.00 | Don Davis |
| 490 | Foot Operated Grey Trash Can | $36.00 | Don Davis |
| 491 | Foldable Privacy Divider | $16.00 | Don Davis |
| 492 | Contemporary Floor Lamp with Table Top | $18.00 | Don Davis |
| 493 | Office Desk with Adjustable Office Chair | $7.00 | Don Davis |

# SETTLEMENT SUMMARY

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 494 | (2) ShoreTel 8-Line Color Display Business Phone - Model: #IP485G | $5.00 | Don Davis |
| 495 | (2) Bernhardt Upholstered Waiting Chairs with Wood Accents | $61.00 | Don Davis |
| 496 | Marmont "The World" Wall Art | $81.00 | Don Davis |
| 497 | Entry Table with 2-Drawers and Assorted Contents | $46.00 | Don Davis |
| 498 | L-Shaped Wood Office Desk with Adjustable Height Chair | $380.00 | Don Davis |
| 499 | Mitel 8-Line Office Phone with Headset | $18.00 | Don Davis |
| 500 | Assorted Magazines Including Shooting Illustrated, Rifleman, Trump and More | $14.00 | Don Davis |
| 501 | Framed Wall Art Of Cardinals Stadium with Autographed Helmet | $120.00 | Don Davis |
| 502 | Onn 32" Roku Tv With Wall Mount - Model: #100012589 | $45.00 | Don Davis |
| 503 | Roku Tv with Wall Mount | $56.00 | Don Davis |
| 504 | Italence Wall Art Displaying a Bell | $12.00 | Don Davis |
| 505 | (2) Bernhardt Upholstered Waiting Chairs with Wood Accents | $51.00 | Don Davis |
| 506 | Assorted Silver Kitchenware in case | $142.00 | Don Davis |
| 507 | (4) Assorted Hats with Stanley Cup | $36.00 | Don Davis |
| 508 | Assorted Gems and 24k Gold | $121.00 | Don Davis |
| 509 | American Flag Wood Wall Art | $140.00 | Don Davis |
| 510 | Scandinavian Designs Wall Art | $24.00 | Don Davis |
| 511 | Ikea Office Desk | $46.00 | Don Davis |
| 512 | (2) Bernhardt Upholstered Waiting Chairs with Wood Accents | $7.00 | Don Davis |
| 513 | L-Shaped Office Desk with Adjustable Height Chair and (2) Upholstered Waiting Chairs with File Cabinet | $420.00 | Lisa Poggas |
| 514 | Kirklands Decorative Mirror | $5.00 | Don Davis |
| 515 | Lot of Assorted Items | $5.00 | Don Davis |
| 516 | Onn 32" Roku Tv With Wall Mount - Model: #100012589 | $41.00 | Don Davis |
| 517 | Decorative Lamp | $31.00 | Don Davis |
| 518 | Brother Work Smart Series Printer - Model: #MFC-J1010DW | $41.00 | Don Davis |

# SETTLEMENT SUMMARY

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 519 | Entry Table with 3-Drawers | $181.00 | Don Davis |
| 520 | Roku Tv with Wall Mount | $61.00 | Don Davis |
| 521 | Kirklands Framed Wall Art | $10.00 | Don Davis |
| 522 | Computer Riser | $14.00 | Don Davis |
| 523 | Paper Shredder | $61.00 | Don Davis |
| 524 | Office Desk | $5.00 | Don Davis |
| 525 | Office Desk with Adjustable Height Chair | $5.00 | Don Davis |
| 526 | Panini Vision X | $41.00 | Don Davis |
| 527 | Hisense 40" Roku Tv - Model: #40H4030F3 | $110.00 | Don Davis |
| 528 | Kirklands Blowing Smoke Wall Art | $9.00 | Don Davis |
| 529 | Decorative Wall Art | $51.00 | Don Davis |
| 530 | 2-Drawer Filing Cabinet | $6.00 | Don Davis |
| 531 | Lot of Assorted Cleaning Supplies | $14.00 | Don Davis |
| 532 | Office Desk | $6.00 | Don Davis |
| 533 | U-Line Packaging Paper | $51.00 | Don Davis |
| 534 | 3-Drawer Filing Cabinet | $24.00 | Don Davis |
| 535 | Assorted Office Supplies | $14.00 | Don Davis |
| 536 | 3-Drawer Filing Cabinet | $6.00 | Don Davis |
| 537 | Jayflex Doorway Pull up Bar | $6.00 | Don Davis |
| 538 | Kirklands Old Town Style Clock | $10.00 | Don Davis |
| 539 | Conference Table with 5-Chairs | $170.00 | Don Davis |
| 540 | Decorative Plant | $24.00 | Don Davis |
| 541 | Honeywell Desk Fan | $5.00 | Don Davis |
| 542 | 2-Drawer Filing Cabinet | $22.00 | Don Davis |
| 543 | Bathroom Vanity with Assorted Contents | $5.00 | Don Davis |

# SETTLEMENT SUMMARY

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 544 | Mirror with Blue Hobnail Chair | $5.00 | Don Davis |
| 545 | Browning Prosteel Safe Prestige Pro Series (with combo) | $3,300.00 | Don Davis |
| 546 | Hollon Safe (with combo) | $1,400.00 | Don Davis |
| 547 | American Security Safe - Model: #BF3416 (with combo) | $1,600.00 | Don Davis |
| 548 | Office Desk with Adjustable Height Chair | $5.00 | Don Davis |
| 549 | Brother Work Smart Series Printer - Model: #MFC-J1010DW | $36.00 | Don Davis |
| 550 | Onn 32" Roku Tv With Wall Mount - Model: #100012589 | $60.00 | Don Davis |
| 551 | Sigma Metalytics Precious Metals Verifier | $381.00 | Don Davis |
| 552 | Electronic Weighing Scale - Model: #PCR-3115 | $91.00 | Don Davis |
| 553 | Sunter Desktop Tower Fan | $6.00 | Don Davis |
| 554 | Hollon Safe Company | $7.00 | Don Davis |
| 555 | Shipping Workstation Includes Boxes, Tape and Packaging Paper | $575.00 | Chris Hammond |
| 556 | Cummins Allison Jetscan Money Counter | $1,000.00 | Don Davis |
| 557 | Uline Packaging Tape Machine - Model: #H-1036 | $280.00 | Don Davis |
| 558 | Adjustable Height Office Chair | $7.00 | Don Davis |
| 559 | Gun Case with Assorted Accessories | $86.00 | Don Davis |
| 560 | Desktop Hutch | $5.00 | Don Davis |
| 561 | Angeles Sound Sponge Quiet Divider | $8.00 | Don Davis |
| 562 | Adjustable Height Office Chair | $41.00 | David Wray |
| 563 | Collapsible Table | $16.00 | David Wray |
| 564 | Assorted Size Shipping Boxes | $5.00 | Don Davis |
| 565 | Assorted Office Chairs and More | $71.00 | Don Davis |
| 566 | Assorted Cleaning Supplies | $6.00 | Don Davis |
| 567 | White Side Table | $16.00 | Don Davis |
| 576 | 32" HP Computer Monitor | $7.00 | Don Davis |