SO ORDERED.

Dated: December 27, 2024

_Daniel P. Collins_
**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MIDAS GOLD GROUP, LLC, | No. 2:24-bk-04587-DPC |
| Debtor. | **ORDER APPROVING TRUSTEE'S REPORT OF SALE AND REQUEST TO PAY FEES AND COSTS TO AUCTIONEER** |

The Court having reviewed the Report of Sale and Request to Pay Fees and Costs to Auctioneer filed by Robert A. MacKenzie, Trustee, and good cause appearing therefor;

IT IS HEREBY ORDERED approving Trustee's Report of Sale and authorizing him to pay fees of $1,963.90 and costs of $657.09 to Cunningham & Associates, Inc., in the total sum of $2,620.99 for services provided to the Trustee and the Chapter 7 Estate.

**DATED AND SIGNED ABOVE**