SO ORDERED.

Dated: February 5, 2025

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| MIDAS GOLD GROUP, LLC, | No. 2:24-bk-04587-DPC |
| Debtor. | **ORDER APPROVING STIPULATED MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND ORDER ALLOWING PAYMENT OF ADMINISTRATIVE CLAIM TO DUNBAR FLIGHT CENTER, LLC** |

After thorough consideration of the *Stipulated Motion For Allowance Of Administrative Claim And Order Allowing Payment Of Administrative Claim To Dunbar Flight Center, LLC* ("**Motion**")[1] filed by Eric M. Haley, Trustee, ("**Trustee**") and good cause appearing therefor;

THE COURT FINDS that the settlement is in the best interest of the Estate, that the settlement has been duly noticed, with no objections having been received and all other requirements of Bankruptcy Rule 9019 having been satisfied;

IT IS HEREBY ORDERED approving Trustee's Motion;

IT IS FURTHER ORDERED authorizing the Trustee to pay the Landlord's Chapter 7 administrative claim of $6,000.00 upon the entry of this Order approving the Motion;

IT IS FURTHER ORDERED allowing the balance of Landlord's Claim as a General Unsecured Claim[2].

**DATED AND SIGNED ABOVE**

---

[1] Unless otherwise defined in this Order, capitalized terms used herein shall have the meaning ascribed to them in the Motion.

[2] Landlord shall amend its Proof of Claim to reflect the receipt of payment of the $6,000.00 and set forth the remaining unsecured general priority amount.